UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-21249-CIV-MORENO

ERIC GOOLSBY and HEATHER GOOLSBY,

    Plaintiffs,

vs.

WANABANA LLC and WANABANA USA LLC,

    Defendants.
_____/

WANABANA LLC and WANABANA USA LLC,

    Third-Party Plaintiffs,

vs.

S&S NEGOCIOS ASOCIADOS MAYORISTAS NEGASMART S.A.,

    Third-Party Defendant.
_____/

## DEFAULT JUDGMENT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. A default has been entered against Defendants Wanabana LLC and Wanabana USA LLC in view of their consent to a default judgment. *See* D.E. 42.

Accordingly, it is

**ADJUDGED** that Default Judgment is hereby entered in favor of Plaintiffs ERIC GOOLSBY and HEATHER GOOLSBY and against Defendants WANABANA LLC and WANABANA USA LLC. It is further

**ADJUDGED** that Plaintiffs shall file an Affidavit with the Court as to the amount due from Defendants WANABANA LLC and WANABANA USA LLC no later than **April 21, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record